No. 468

No. 20360—Zora E. Johnson v. Rose J. Wolford. Error to the Court of Appeals of Stark county.

748. MARRIAGE—Where F. in good faith marries J. the marriage being void because J. is lawfully married to M. at the time, the later death of M. and the continued cohabitation of F. and J. after the death of M. establishes a valid common law marriage between F. and J. even though the death of M. was not known to F. and J.

MARSHALL, C. J.

Where F., innocently and in good faith enters into a ceremonial marriage with J., which is void when contracted because J. has at the time a valid and subsisting contract of marriage with .M., the removal of the impediment to such marriage by the death of M., and the continued cohabitation between F. and J. after the death of M., operate as a ratification and a validation of such marriage as to F. from the date of the death of M., though the death of M. may not have been known to F. and J.; the intent and actual agreement to be married which inhered in the ceremonial marriage innocently contracted by F. will be imputed by the law to the cohabitation after the death of M. so as to establish a valid marriage at common law.

Judgment reversed and judgment for plaintiff in error.

Day, Allen, Jones and Matthias, JJ., concur.

---

No. 469

No. 20184—The State, ex rel. King, Prosecuting Attorney, v. R. E. Eveland, County Auditor. In Mandamus.

1065. SCHOOLS & SCHOOL DISTRICTS— 747. Mandamus — Where children of school age are legal residents of a school district in a county of this state and are placed in a private children's home or orphan asylum and have attended school in the district in which such home or asylum is located, such district can recover expense of such attendance from district of prior legal residence, and mandamus will lie compelling auditor of such county to issue warrant on county treasurer in payment of such claim.

DAY, J.

1. Where children of school age are legal residents of a school district in any county of this state and, by reason of the loss of a parent, or parents, or domestic difficulties, such children are placed in a private children's home or orphan asylum and have attended the public schools of the school district in which such home or asylum is located, such school district is entitled to recover, from the school district in the county in which such children had a legal residence immediately prior to becoming inmates of such private children's home or orphan asylum, the expense of such attendance, as provided by law. (State, ex rel. King, Prosecuting Attorney, v. Sherman, County Auditor, 104 Ohio St., 317, approved and followed.)

2. Where the auditor of the county, in which the school district is located wherein such children have a legal residence, has refused to issue a warrant on the county treasurer for the payment of such claim, a writ of mandamus will lie compelling him to perform such duty.

Writ allowed.

Marshall, CJ., Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur.

---

No. 470

No. 20392—The State, ex rel. A. S. Collett, v. Charles Truax, Secretary of Agriculture. In Mandamus.

747. MANDAMUS—Exercise of discretion of secretary of Agriculture acting under 1436 GC. by refusing application to engage in propagation of pheasants for commercial purposes, not to be controlled by mandamus.

ALLEN, J.

1. Section 1436, General Code, is a valid and constitutional act.

2. When the secretary of agriculture acting under Section 1436 of the General Code, in the exercise of a sound discretion, refuses an application for a permit to engage in the propagation of pheasants for commercial purposes, upon the ground that such application is not made in good faith, the exercise of his discretion will not be controlled by mandamus.

Writ denied.

Marshall, CJ., Day, Kinkade, Robinson, Jones and Matthias, JJ., concur.